No. 13    January 7, 2026    473

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

Rodney THROWER,
*Plaintiff-Appellant,*

*v.*

Kelly SPARROW
and the City of Eugene,
an Oregon municipal corporation,
*Defendants,*

*and*

PROGRESSIVE UNIVERSAL INSURANCE COMPANY,
*Defendant-Respondent.*

Lane County Circuit Court
23CV20951; A184592

Debra E. Velure, Judge.

Argued and submitted December 17, 2025.

Rachel M. Jennings argued the cause for appellant. On the briefs was Travis Eiva.

Katie Buxman argued the cause for respondent. Also on the brief was Alexander J. Brunino and Maloney Lauersdorf Reiner, PC.

Before Aoyagi, Presiding Judge, Egan, Judge, and Pagán, Judge.

AOYAGI, P. J.

Affirmed. *Shepherd v. Progressive Classic Ins. Co.*, 333 Or App 39, 551 P3d 967, *rev allowed*, 373 Or 121 (2024); *North Pacific Ins. Co. v. Anderson*, 110 Or App 269, 821 P2d 444 (1991).